254 So.2d 620

**Mrs. Leona HOWARD et al.**

**v.**

**HARDWARE MUTUAL CASUALTY INS. COMPANY et al.**

No. 51926.

Dec. 2, 1971.

In re: Mutual Casualty Company and Southern Truck Service, Inc. applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 253 So.2d 555.

Writ denied. No error of law.